1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  HELEN A. MANNEH

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN A. MANNEH | ) Case No.: 2:15-cv-02200-RFB-PAL |
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND TIME |
| | ) TO FILE MOTION FOR REMAND |
| CAROLYN W. COLVIN, Acting | ) AND/OR REVERSAL |
| Commissioner of Social Security. | ) |
| | ) (FIRST REQUEST) |
| Defendant. | ) |
| | ) |

Plaintiff Helen A. Manneh and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 40 days from May 13, 2016 to June 22, 2016 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1  This request is made at the request of Plaintiff's counsel to allow additional time to
2  fully research the issues presented.

3  DATE: May 12, 2016                    Respectfully submitted,

4                                          ROHLFING & KALAGIAN, LLP

5                                          /s/ *Marc V. Kalagian*

6                       BY: _____
                         Marc V. Kalagian
7                           Attorney for plaintiff Ms. Helen A. Manneh

8

9  DATE:  May 12, 2016
                                        DANIEL G. BOGDEN
10                                         United States Attorney

11                                         /s/ *April A. Alongi*

12                      BY: _____
                         APRIL A.  ALONGI
13                          Special Assistant United States Attorney
                         Attorneys for defendant Carolyn W. Colvin
14                          |*authorized by e-mail|

15

16 IT IS SO ORDERED:  _____
17                               UNITED STATES MAGISTRATE JUDGE

18 DATED:  May 16, 2016

19

20

21

22

23

24

25

26