1  Marc V. Kalagian
2  Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel: (562)437-7006
4  Fax: (562)432-2935
5  E-Mail: rohlfing.kalagian@rksslaw.com
   Attorneys for Plaintiff
6  HELEN A. MANNEH

7

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| HELEN A. MANNEH, | ) Case No.: 2:15-cv-02200-RFB-PAL |
|---|---|
| Plaintiff, | ) UNOPPOSED MOTION TO EXTEND |
| v. | ) TIME TO FILE MOTION FOR |
| | ) REMAND AND/OR REVERSAL |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security. | ) (FIRST REQUEST) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff Helen A. Manneh and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 36 days from June 22, 2016 to July 28, 2016 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

-1-

1    An extension of time for plaintiff is needed due to a serious illness. The
2 spouse of the associate in Counsel's firm who this matter is assigned to receives
3 treatment for her Stage IV breast cancer which metastasized initially to her liver and
4 has now spread to her lungs, spine, and brain. Counsel requires the additional time
5 to file the Motion for Remand to allow the assigned attorney the appropriate time to
6 assist his Spouse and his two elementary aged children through this obviously
7 stressful experience.
8    Counsel for defendant has indicated, via e-mail, that this motion to extend
9 the time to file is not opposed.

10 DATE: June 27, 2016              Respectfully submitted,
11                                  ROHLFING & KALAGIAN, LLP
12                                  /s/ *Marc V. Kalagian*
13                            BY: _____
                                   Marc V. Kalagian
14                                 Attorney for plaintiff Ms. Helen A. Manneh

15

16 DATE:  June 27, 2016             DANIEL G. BOGDEN
                                    United States Attorney
17
                                    /s/ *April A. Alongi*
18
                              BY: _____
19                                  April A. Alongi
                                    Assistant United States Attorney
20                                  Attorneys for defendant Carolyn W. Colvin
                                    |*authorized by e-mail|
21

22
23 IT IS SO ORDERED:   _____
24                     UNITED STATES MAGISTRATE JUDGE
   DATED:  June 29, 2016
25
26

-2-