MARC V. KALAGIAN, SBN 4460
Attorney at Law
    211 East Ocean Boulevard, Suite 420
    Long Beach, California 90802
    Phone:  562-437-7006
    Fax:  562-432-2935
    rohlfing.kalagian@rksslaw.com

Attorney for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN A. MANNEH, | ) Case No:  2:15-cv-02200-RFB-PAL |
|     Plaintiff | ) |
| v. | ) **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM OR NOTICE OF VOLUNTARY REMAND OF THE CASE** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
|     Defendant. | ) **(First Request)** |

-1-

1  Plaintiff Helen A. Manneh (Plaintiff) and Defendant Carolyn W. Colvin, Acting
2 Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court,
3 to an extension of time to file Defendant's Cross-Motion To Affirm or Notice Of Voluntary
4 Remand Of The Case by thirty days from August 31, 2016 to September 30, 2016, with all other
5 dates in this Court's Scheduling Order extended accordingly.  This is the Commissioner's first
6 request for an extension.

7  ///
8
9  ///
10  ///
11  ///
12
13  ///
14  ///
15
16  ///
17  ///
18  There is good cause because, since Plaintiff filed her Motion For Reversal And/Or
19 Remand, counsel has been handling a large number of District Court and Ninth Circuit cases in
20 addition to this one, with fourteen briefs due within the next twenty-six days.  Additionally, the
21 Commissioner's counsel has had numerous other deadlines, including a District Court brief filed
22 today, a Ninth Circuit brief filed on August 26, 2016, as well as several conferences in an
23 employment case, a settlement memorandum, and multiple mentoring and reviewing duties in
24 the Office of the General Counsel.  Counsel was also out of the office on leave for five days and
25
26

1  has been intermittently absent due to illness.  As result, the Commissioner needs additional time
2  to properly respond to the issues Plaintiff raised in her Motion.  Plaintiff has no objection.

                                                Respectfully submitted,

Date:   August 31, 2016

                             By:   */s/\* Marc V. Kalagian*
                                    MARC V. KALAGIAN
                                    Attorney at Law
                                    \*by email authorization on 8/31/16

                                    Attorneys for Plaintiff

Date:   August 31, 2016                DANIEL G. BOGDEN
                                    United States Attorney
                                    BLAINE T. WELSH
                                    Chief, Civil Division

                             By:   */s/ April A. Alongi*
                                    APRIL A. ALONGI
                                    Special Assistant United States Attorney

                                    Attorneys for Defendant

                                    IT IS SO ORDERED.

DATE: September 6, 2016

                                    THE HONORABLE PEGGY A. LEEN
                                    United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Joint Stipulation For Extension Of Time To File Defendant's Cross-Motion To Affirm Or Notice Of Voluntary Remand Of The Case (First Request) to be served, via CM/ECF notice, on:

    MARC V. KALAGIAN, SBN 4460
    Attorney at Law
        marc.kalagian@rksslaw.com

Date:   August 31, 2016                DANIEL G. BOGDEN
                                                United States Attorney
                                                  BLAINE T. WELSH
                                                  Chief, Civil Division

                                        By:    */s/ April A. Alongi*
                                                  APRIL A. ALONGI
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant